# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16-cr-322 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| LENELLE GRAY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on February 20, 2024. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on February 27, 2024. The defendant admitted to the following violations:

1. New Law Violation; and
2. Failure to Comply with the Residential Reentry Center.

The magistrate judge filed a report and recommendation on April 2, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on April 15, 2024. Present were the following: Assistant United States Attorney Peter Daly, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant Lenelle Gray, and United States Probation Officer Diana Samad.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prisons for a term of 10 months, with credit for time served to date. No supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: April 15, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**